**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Donald Cleveland
Attorney at Law
P. O. Box 3611
Lafayette LA 70502


**REHEARING ACTION: December 5, 2007**


**Docket Number: 07   01079-CW**

**CHRISTINE EASTMAN
VERSUS
LOUISIANA CITIZENS PROPERTY
INSURANCE CORPORATION**

**Writ Application from Calcasieu Parish Case No. 2006-6296**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders
    Hon. Jimmie C. Peters
    Hon. Michael G. Sullivan**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louisiana Citizens Property Insurance Corporation** has this

day been

    **DENIED.**

cc: Clayton Arthur Larsh Davis, Counsel for the Applicant